**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SADIKI PIERRE and CHRISTOPHER DABIERE,

                      Plaintiffs,

- v -                                Civ. No. 1:13-CV-453
                                                       (NAM/RFT)

PROSPECT MORTGAGE, LLC,

                      Defendant.

**Randolph F. Treece**
**United States Magistrate Judge**

## ORDER

On October 1, 2013, Plaintiffs filed a Motion to Strike Defendant's Jury Trial Demand. Dkt. No. 17. Prospect Mortgage opposes said Motion, Dkt. No. 20, and Plaintiffs have filed a Reply to Prospect Mortgage's Opposition, Dkt. No. 22. On October 30, 2013, the Court issued a Memorandum-Decision and Order staying all proceedings while Prospect Mortgage's motion for a transfer to a JPML is being considered. Dkt. No. 23. Consistent with the Memorandum-Decision and Order, Plaintiffs' Motion is **stayed**.

    **IT IS SO ORDERED**.

October 31, 2013
Albany, New York

_____
Randolph F. Treece
U.S. Magistrate Judge